JOSEPH H. HUNSBERGER et al., as Administrators of the Estate of CATHERINE HEEBNER, Deceased, Respondents, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Appellant.

*Hunsberger* v. *Guaranty Trust Co.*, 164 App. Div. 740, affirmed. (Argued June 6, 1916; decided July 11, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1914, reversing a judgment in favor of

defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action by the administrators of the holder of one of the first mortgage collateral trust bonds of the Interstate Land and Building Co-operative Association to recover damages from the defendant as successor trustee under the collateral trust agreement, securing said bonds, because of the alleged gross negligence of its predecessor trustee, the Standard Trust Company of New York, in permitting the substitution of certain new collateral security under said trust agreement in place of the collateral then held by the trustee thereunder.

*J. Howland Auchincloss* and *Charles H. Russell* for appellant.

*James H. Hickey* for respondents.

Order affirmed, and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of DOWLING, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.